E. M. SERGEANT COMPANY, Appellant, v. M. FIEGEL & BRO., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

UNITED PLUMBERS SUPPLY COMPANY, INC., Appellant, v. LEHIGH VALLEY RAILROAD COMPANY and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SIGMAR HOLDING CORPORATION, Appellant, v. FURRIERS BUILDING CO., INC., Respondent, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY SHERMAN, Appellant, v. GEORGE JESSEL, Respondent, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of FRANK HENRY COOK and Others, Copartners, etc., for Leave to Sue WILLIAM BARTON FRENCH, an Incompetent Person.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ELEANOR GENEVIEVE CASSEBEER, Respondent, v. HENRY ARTHUR CASSEBEER, Appellant.— Order modified by reducing the amount allowed as counsel fee to the sum of $250, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FIFTY-NINTH STREET IMPROVEMENT CORPORATION, Respondent, Appellant, v. ONE HUNDRED AND SEVEN WEST FIFTY-EIGHTH STREET CORPORATION and Another, Appellants, Respondents.— Order modified by reversing said order on plaintiff's appeal as to paragraphs IV and V and denying the motion to strike out the same; and by reversing said order on defendants' appeal as to paragraph VIII and granting the motion to strike out said paragraph; and as so modified affirmed, without costs, and that plaintiff serve an amended complaint within ten days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ADELLA E. BRANDWIN, Respondent, v. BONWIT TELLER COMPANY, Appellant.— Order so far as appealed from modified by further granting the motion to strike out as to item 3 of the notice for examination, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM J. McROBERTS and Others, Suing on Behalf of Themselves and All Other Stockholders of NATIONAL DRY DOCK & REPAIR CO., INC., Similarly Situated, Respondents, v. NATIONAL DRY DOCK & REPAIR CO., INC., and Another, Defendants, Impleaded with EDWARD P. MORSE, JR., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.